# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| PAUL SCHREIBER AND LORA SCHREIBER, HUSBAND AND WIFE, | : No. 100 WM 2019 |
| Petitioners | : |
| v. | : |
| HON. DONALD R. WALKO, JR., COURT OF COMMON PLEAS, FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA, COUNTY OF ALLEGHENY, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2019, the Petition for Writ of Prohibition is DENIED, and the Application for Leave to Intervene is DISMISSED AS MOOT. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.